IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 19-0077-05 |
| | * | |
| ELAD BIGELMAN, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

**JOINT MOTION FOR STATUS HEARING AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and the defendant, Elad Bigelman, by and through undersigned counsel, hereby move this Court to schedule a status hearing in the above-captioned matter at least thirty (30) days after the filing of the instant motion. The parties further move to exclude the time period from the date this motion is filed through the date of the requested status hearing for purposes of calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

The defendant first appeared before a judicial officer of this Court on May 5, 2021. *See* ECF No. 145. Since that time, the government has made two voluminous productions of discovery material. The requested relief would permit defense counsel necessary additional time to review discovery in this case and to advise her client. The defendant, through counsel, consents to this request. As a result, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

Accordingly, the parties jointly request that the Court set a status hearing at least thirty (30) days from the filing of this motion and exclude time between the filing of this motion and the status hearing.

Dated: June 9, 2021

Respectfully submitted,

Daniel S. Kahn
Acting Chief, Fraud Section
U.S. Department of Justice

By:   /s/ Jessee Alexander-Hoeppner
Jessee Alexander-Hoeppner
Kate T. McCarthy
Trial Attorneys, Fraud Section
U.S. Department of Justice

 /s/ Tiffany E. Feder
Tiffany E. Feder, Esq.
(signed with permission of Tiffany E. Feder)