AO 442 (Rev 11/11) Arrest Warrant                              2017R00826

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) |
| HADAS BEN HAIM | ) Case No. PX-19-cr-77 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **HADAS BEN HAIM**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1343 - Wire Fraud
18 USC 1349 - Conspiracy to Commit Wire Fraud

Date: 9/25/19

*Issuing officer's signature*

City and state:   Greenbelt, Maryland

Thomas M. DiGirolamo, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/25/2019, and the person was arrested on *(date)* 04/20/2023
at *(city and state)* Greenbelt, MD

Date: 04/20/2023

*Arresting officer's signature*

Cory Cade US Marshal (Deputy)
*Printed name and title*