IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO.  PX-19-77-03, -08, -12 |
| | * |
| **ORI MAYMON** | * |
| **AFIK TORI** | * |
| **GILAD MAZUGI** | * |
| | * |
| **Defendants.** | * |
| | ****** |

## JOINT MOTION FOR CONTINUANCE AND
## TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and the defendants, Ori Maymon, Afik Tori, and Gilad Mazugi, by and through undersigned counsel, hereby move this Court for a continuance of the status conference and associated deadlines for 30 days after the filing of this instant motion. The parties further move to exclude the time period from the date this motion is filed through the date of the continued status conference for purposes of calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

The defendants first appeared before a judicial officer of this Court on June 9, 2023. See ECF No. 269, 272, 266. Since that time, the government has made both a voluminous production of discovery material and a plea offer to each defendant. The requested relief would permit defense counsel necessary additional time to review discovery in this case and to advise their clients. The defendants, through counsel, consent to this request. As a result, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(iv).

Accordingly, the parties jointly request that the Court continuance the status conference and associated deadlines in this case for 30 days after the filing of this instant motion.

Dated: June 23, 2023

        Respectfully submitted,

        Glenn S. Leon
        Chief, Fraud Section
        Criminal Division
        U.S. Department of Justice

By: /s/ David D. Hamstra
    David D. Hamstra
    Kate T. McCarthy
    Robert Spencer Ryan
    Trial Attorneys Fraud Section
    U.S. Department of Justice

    /s/ Dennis C. Vacco
    Dennis C. Vacco, Esq.
    (signed with permission of Dennis C. Vacco)

    /s/ Amy C. Collins
    Amy C. Collins, Esq.
    (signed with permission of Amy C. Collins)

    /s/ Danny C. Onorato
    Danny C. Onorato, Esq.
    (signed with permission of Danny C. Onorato)