**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **CRIMINAL NO.  PX-19-77-03, -08, -12** |
| v. | * | |
| | * | |
| **ORI MAYMON** | * | |
| **AFIK TORI** | * | |
| **GILAD MAZUGI** | * | |
| | * | |
| Defendants. | * | |
| | ******* | |

**JOINT MOTION FOR CONTINUANCE AND**
**TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and the defendants, Ori Maymon, Afik Tori, and Gilad Mazugi, by and through undersigned counsel, hereby move this Court for a continuance of the motions deadline for 30 days after the filing of this instant motion.  The parties further move to exclude the time period from the date this motion is filed through the date of the continued motions deadline for purposes of calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

The defendants first appeared before a judicial officer of this Court on June 9, 2023.  See ECF No. 269, 272, 266.  Since that time, the government has made both a voluminous production of discovery material and a plea offer to each defendant.  The requested relief would permit defense counsel necessary additional time to review discovery in this case and to advise their clients. The defendants, through counsel, consent to this request.  As a result, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(iv).

1

Accordingly, the parties jointly request that the Court continue the motions deadline in this case for 30 days after the filing of this instant motion.

Dated:  June 30, 2023

                            Respectfully submitted,

                            Glenn S. Leon
                            Chief, Fraud Section
                            Criminal Division
                            U.S. Department of Justice

            By:     /s/ David D. Hamstra
                            David D. Hamstra
                            Kate T. McCarthy
                            Robert Spencer Ryan
                            Trial Attorneys Fraud Section
                            U.S. Department of Justice

                            /s/ Dennis C. Vacco
                            Dennis C. Vacco, Esq.
                            (signed with permission of Dennis C. Vacco)

                            /s/ Amy C. Collins
                            Amy C. Collins, Esq.
                            (signed with permission of Amy C. Collins)

                            /s/ Danny C. Onorato
                            Danny C. Onorato, Esq.
                            (signed with permission of Danny C. Onorato)