IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-19-77-03, -08, -12** |
| | * | |
| **ORI MAYMON** | * | |
| **AFIK TORI** | * | |
| **GILAD MAZUGI** | * | |
| | * | |
| **Defendants.** | * | |
| | ****** | |

## SECOND JOINT MOTION FOR CONTINUANCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and the defendants, Ori Maymon, Afik Tori, and Gilad Mazugi, by and through undersigned counsel, hereby move this Court for a continuance of the motions deadline for 30 days after the filing of this instant motion. The parties further move to exclude the time period from the date this motion is filed through the date of the continued motions deadline for purposes of calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

The defendants first appeared before a judicial officer of this Court on June 9, 2023. See ECF No. 269, 272, 266. On June 30, 2023, this Court granted the parties first joint motion for continuance and to exclude time under the Speedy Trial Act. ECF No. 296. The motions deadline is set for July 31, 2023. ECF No. 296. After the motions deadline was continued, the government made additional voluminous productions of discovery material to each defendant. The parties are continuing to have discussions regarding a potential resolution of these cases. The requested relief would permit defense counsel necessary additional time to review discovery in this case and would permit the parties to continue discussions regarding potential resolutions. The defendants, through counsel, consent to this request. As a result, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(iv).

Accordingly, the parties jointly request that the Court continue the motions deadline in this case for 30 days after the filing of this instant motion.

Dated: August 1, 2023

                Respectfully submitted,

                Glenn S. Leon
                Chief, Fraud Section
                Criminal Division
                U.S. Department of Justice

By:   /s/ David D. Hamstra
        David D. Hamstra
        Kate T. McCarthy
        Robert Spencer Ryan
        Trial Attorneys Fraud Section
        U.S. Department of Justice

        /s/ Dennis C. Vacco
        Dennis C. Vacco, Esq.
        (signed with permission of Dennis C. Vacco)

        /s/ Amy C. Collins
        Amy C. Collins, Esq.
        (signed with permission of Amy C. Collins)

        /s/ Danny C. Onorato
        Danny C. Onorato, Esq.
        (signed with permission of Danny C. Onorato)