IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * * * |
| v. | * CRIMINAL NO. PX-19-77-04 * * |
| NISSIM ALFASI | * * |
| Defendant. | * * |

\*\*\*\*\*\*\*

**JOINT MOTION FOR CONTINUANCE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and the defendant, Nissim Alfasi, by and through undersigned counsel, hereby move this Court for a continuance of the motions deadline for 30 days after the filing of this instant motion. The parties further move to exclude the time period from the date this motion is filed through the date of the continued motions deadline for purposes of calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

The defendant first appeared before a judicial officer of this Court on August 4, 2023. See ECF No. 303. Since that time, the government has made a plea offer to the defendant and will produce voluminous discovery material. The requested relief would permit defense counsel necessary additional time to review discovery in this case and to advise his client. The defendant, through counsel, consents to this request. As a result, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(iv).

Accordingly, the parties jointly request that the Court continue the motions deadline in this case for 30 days after the filing of this instant motion.

Dated:  August 4, 2023

                                      Respectfully submitted,

                                      Glenn S. Leon
                                      Chief, Fraud Section
                                      Criminal Division
                                      U.S. Department of Justice

By:    /s/ David D. Hamstra
           David D. Hamstra
           Kate T. McCarthy
           Robert Spencer Ryan
           Trial Attorneys Fraud Section
           U.S. Department of Justice

           /s/ Stuart A. Berman
           Stuart A. Berman, Esq.
           (signed with permission of Stuart A. Berman)