**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 8:19-cr-00077-PX-8** |
| **AFIK TORI,** | ) | |
| *Defendant*. | ) | |

### SUPPLEMENT TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Afik Tori, by and through undersigned counsel, hereby files this Supplement to his Memorandum in Aid of Sentencing. In support of this Supplement, counsel submit the following.

1. Counsel filed a Memorandum in Aid of Sentencing on November 15, 2023. *See* ECF No. 390.

2. Counsel respectfully supplement the Memorandum in Aid of Sentencing with an additional exhibit (Exhibit U) to corroborate Mr. Tori's suspension of his studies in order to address the instant case when he was first made aware of it.

Respectfully submitted,

_____/s/_____
David Benowitz, Bar No. 17672
Amy C. Collins, Bar No. 30447
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
Tel: (202) 417-6000
Fax: (202) 664-1331
David@PriceBenowitz.com
AmyC@PriceBenowitz.com

*Counsel for Afik Tori*

1

## **CERTIFICATE**

I HEREBY CERTIFY that on this 21st day of November 2023, I caused a true and correct copy of the foregoing Supplement to be delivered via CM/ECF to all parties.

_____/s/_____
David Benowitz