IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-19-77** |
| | * | |
| **NISSIM ALFASI** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

# ORDER

The Court, having considered defendant Nissim Alfasi's Consent Motion to Release Passport, hereby **GRANTS** the motion, and it is

**ORDERED** that the Office of the Clerk is directed to release defendant Alfasi's passport to his counsel.

_____
United States Magistrate Judge

Dated:  January \_\_\_, 2024